UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:26-cr-4 |
| v. | ) | |
| | ) | Judge _____ |
| JONATHAN D. FROST | ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney Christopher D. Poole, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

                                          FRANCIS M. HAMILTON III
                                        United States Attorney

By:    *s/Christopher D. Poole*
           Christopher D. Poole, BPR #019155
           Assistant United States Attorney
           1110 Market Street, Suite 515
           Chattanooga, Tennessee 37402
           christopher.poole@usdoj.gov
           (423)752-5140