UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:26-cr-4 |
| v. | ) | |
| | ) | Judge McDonough/Steger |
| JONATHAN D. FROST | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes now the United States of America through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and the undersigned Assistant United States Attorney, and respectfully requests that the Government's forthcoming document filing be sealed. The document contains confidential and personal information regarding the identities of as of yet uncharged individuals, which is not appropriate for public disclosure. The undersigned represents that, based on the content of the Proposed Sealed Document: (1) sealing serves a compelling interest; (2) there is a substantial probability that, in the absence of sealing, this compelling interest would be harmed; and (3) the sealing is narrowly tailored to protect the compelling interest.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: */s/Christopher D. Poole*
Christopher D. Poole, BPR # 019155
Assistant U.S. Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
Christopher.Poole@usdoj.gov
(423) 752-5140