☐ REARRAIGNMENT
☑ WAIVER OF INDICTMENT/PLEA

Case No. **1:26-cr-4**　　USA v. **Jonathan D. Frost**

**PRESENT:** Honorable **Christopher H. Steger**　　☐ U.S. District Judge　☑ U.S. Magistrate Judge

| **Frank Dale** | **Lee Davis & Logan Davis** | **Scott Queener** |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| **Dana Bellamy** | **Aaron LaDuke** |  |
| Courtroom Deputy | Court Reporter | Interpreter(s)　☐ SWORN |

**PROCEEDINGS:** DEFENDANT(S)　☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Waiver executed
☑ Deft waived reading of indictment/information
☐ Indictment ☐ Information read
☑ Defendant pleads guilty to Count(s) **1-3**
☑ Court finds deft competent to plead; plea voluntary
☐ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - -　Agreement: ☐ sealed ☑ not sealed

**BOND:** ☑ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on **$10,000** bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)
☐ Defendant ineligible for release on bond:_____

**SENTENCING:** **8/7/2026 9:00am**

**OTHER MATTERS:**
Chris Poole, Frank Clark, Kyle Wilson present for the USA.

Deft ☐ remanded to custody of U.S. Marshal　☐ remained in custody　☑ remained on bond

Time: **2:18** to **3:18**　　Date: **2/11/2026**