# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket No. 1:26-CR-4** |
| **v.** ) | |
| ) | **Judge Travis R. McDonough** |
| **JONATHAN D. FROST,** ) | **Magistrate Judge Christopher Steger** |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW**, the Defendant Jonathan D. Frost, by and through his attorney of record, Lee Davis, and hereby files this unopposed Motion to Continue the sentencing hearing currently scheduled for August 7, 2026, at 9:00 a.m. In support thereof, Defendant states as follows:

1. The sentencing hearing in this matter is currently scheduled for August 7, 2026, at 9:00 a.m.

2. Counsel for the Defendant will be out of town on the week of August 7, 2026, and, therefore, is unavailable to appear for the scheduled sentencing hearing.

**WHEREFORE**, Defendant respectfully requests that the Court continue the sentencing hearing.

Respectfully Submitted,

**DAVIS & HOSS, P.C.**

s/Lee Davis
Lee Davis, TN BPR #15958
*Attorney for the Defendant*
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687-fax

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 31st day of July 2026.

_s/ Lee Davis_____
Lee Davis