# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

UNITED STATES OF AMERICA    )
)        Case No. 1:26-cr-4
v.    )
)        Judge Travis R. McDonough
JONATHAN D. FROST    )
)        Magistrate Judge Christopher H. Steger
)

## ORDER

Before the Court is Defendant Jonathan Frost's motion to reset sentencing (Doc. 20). For good cause, the motion is **GRANTED**. Defendant's sentencing set for August 7, 2026 is hereby **RESET** for **August 21, 2026** at **2:00 PM ET**.

SO ORDERED.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**