**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **1:26-cr-4** |
| **v.** | ) | |
| | ) | **Judges McDonough/Steger** |
| **JONATHAN D. FROST** | ) | |

## JOINT MOTION TO CONTINUE SENTENCING HEARING AND SET STATUS CONFERENCE

Comes now the United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and the Defendant Jonathan D. Frost, by and through his attorney, Lee Davis, and hereby move the Court to continue the sentencing hearing currently scheduled for August 21, 2026, and set a status conference in this matter in December of 2026.

As cause for this motion, the parties submit that the parties need to provide further information to the Court that will be relevant to the sentencing hearing in this matter.

Respectfully submitted,


FRANCIS M. HAMILTON III
United States Attorney

By: */s/ Christopher D. Poole*
Christopher D. Poole, Bar #19155
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
Christopher.Poole@usdoj.gov
(423) 752-5140

DAVIS & HOSS

*s/Lee Davis*
Lee Davis, TN BPR #15958
*Attorney for the Defendant*
850 Fort Wood Street
Chattanooga, TN 37403
lee.davis@davis-hoss.com
(423) 266-0605