**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:26-cr-4 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| JONATHAN D. FROST | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

---

# ORDER

---

Before the Court is Defendant Jonathan Frost's motion to reset sentencing (Doc. 22). For good cause, the motion is **GRANTED**. Defendant's sentencing set for August 21, 2026 is hereby **CANCELLED**. A status conference is set for **December 15, 2026** at **2:00 PM ET**.

**SO ORDERED.**

**/s/*Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**